# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|                                          |   |                              |
|------------------------------------------|---|------------------------------|
| SALIK HINTON,                            | : |                              |
| Plaintiff,                               | : | Civ. No. 18-16088 (FLW) (LHG) |
| v.                                       | : |                              |
| SERGEANT KAMIL WARRAICH et al.,          | : | **MEMORANDUM OPINION**       |
| Defendants.                              | : |                              |

Plaintiff, Salik Hinton ("Hinton" or "Plaintiff"), is a state prisoner who filed *pro se* a Complaint asserting violations of his civil rights under 42 U.S.C. § 1983. (*See* Compl., ECF No. 1.) The Court granted Hinton leave to proceed *in forma pauperis*. (ECF No. 2.) Thereafter, in conducting a screening under 28 U.S.C. § 1915(e), the Court determined that Hinton's claims appeared to be untimely from the face of the Complaint. (*See* ECF No. 3.) Specifically, the Court found that all underlying events allegedly occurred on or before May 30, 2016 and that Hinton did not file his Complaint until November 2018, more than five months past the end of the two-year limitations period. (*See id.*) Accordingly, the Court ordered Hinton to show cause why the Complaint should not be dismissed as time barred. (ECF Nos. 3 & 4.)

Hinton's time to show cause why the Complaint should not be dismissed expired as of June 20, 2019. (*See* ECF No. 4.) The Court has received no correspondence from Hinton since his initial filing of the Complaint. As Hinton's claims are facially untimely, and Hinton has shown no reason why his claims should not be time barred, his Complaint is dismissed with prejudice.

An appropriate order follows.

DATED: August 15, 2019                                    /s/ Freda L. Wolfson
                                                          FREDA L. WOLFSON
                                                          U.S. Chief District Judge